UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDALL WARREN and JANET WARREN, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case Number: 1:14-cv-01293-JMS-DML ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

### STATE FARM FIRE AND CASUALTY COMPANY'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFFS' AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Comes now Defendant, State Farm Fire and Casualty Company ("State Farm"), by counsel, and for its Answer to Plaintiffs' Amended Complaint, states as follows:

1. State Farm admits that at all relevant times, Plaintiffs were citizens of Clinton County, Indiana. State Farm lacks sufficient information as to the remaining allegations.

2. State Farm admits the allegations contained in Rhetorical Paragraph(s) 2 of Plaintiffs' Amended Complaint.

3. State Farm admits the allegations contained in Rhetorical Paragraph(s) 3 of Plaintiffs' Amended Complaint.

4. State Farm admits the allegations contained in Rhetorical Paragraph(s) 4 of Plaintiffs' Amended Complaint.

5. State Farm lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained in Rhetorical Paragraph(s) 5 of Plaintiffs' Amended Complaint.

WHEREFORE, Defendant, State Farm Fire and Casualty Company, prays that Plaintiffs take nothing by way of their Amended Complaint, for costs of this action, and for all other relief proper in the premises.

s/Lewis S. Wooton
Lewis S. Wooton, #26650-49
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-3199
Telephone:  (317) 237-0500
Facsimile:    (317) 630-2790
E-Mail: lwooton@lewiswagner.com

## COUNT I – BREACH OF CONTRACT

6. In response to Rhetorical Paragraph 6, State Farm incorporates herein by reference its Answers to Rhetorical Paragraphs 1 through 5 of Plaintiffs' Amended Complaint.

7. State Farm denies the allegations contained in Rhetorical Paragraph(s) 7 of Plaintiffs' Amended Complaint.

8. State Farm denies the allegations contained in Rhetorical Paragraph(s) 8 of Plaintiffs' Amended Complaint.

9. State Farm denies the allegations contained in Rhetorical Paragraph(s) 9 of Plaintiffs' Amended Complaint.

10. State Farm denies the allegations contained in Rhetorical Paragraph(s) 10 of Plaintiffs' Amended Complaint.

WHEREFORE, Defendant, State Farm Fire and Casualty Company, prays that Plaintiffs take nothing by way of their Amended Complaint, for costs of this action, and for all other relief proper in the premises.

s/Lewis S. Wooton<br>
Lewis S. Wooton, #26650-49<br>
LEWIS WAGNER, LLP<br>
501 Indiana Avenue, Suite 200<br>
Indianapolis, IN  46202-3199<br>
Telephone:  (317) 237-0500<br>
Facsimile:   (317) 630-2790<br>
E-Mail: lwooton@lewiswagner.com

## **COUNT II – BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING**

11. In response to Rhetorical Paragraph 6, State Farm incorporates herein by reference its Answers to Rhetorical Paragraphs 1 through 10 of Plaintiffs' Amended Complaint.

12. State Farm denies the allegations contained in Rhetorical Paragraph(s) 12 of Plaintiffs' Amended Complaint.

13. State Farm denies the allegations contained in Rhetorical Paragraph(s) 13 of Plaintiffs' Amended Complaint.

14. State Farm denies the allegations contained in Rhetorical Paragraph(s) 14 of Plaintiffs' Amended Complaint.

15. State Farm denies the allegations contained in Rhetorical Paragraph(s) 15 of Plaintiffs' Amended Complaint.

16. State Farm denies the allegations contained in Rhetorical Paragraph(s) 16 of Plaintiffs' Amended Complaint.

17. State Farm denies the allegations contained in Rhetorical Paragraph(s) 17 of Plaintiffs' Amended Complaint.

18. State Farm denies the allegations contained in Rhetorical Paragraph(s) 18 of Plaintiffs' Amended Complaint.

19. State Farm denies the allegations contained in Rhetorical Paragraph(s) 19 of Plaintiffs' Amended Complaint.

20. State Farm denies the allegations contained in Rhetorical Paragraph(s) 20 of Plaintiffs' Amended Complaint.

21. State Farm denies the allegations contained in Rhetorical Paragraph(s) 21 of Plaintiffs' Amended Complaint.

WHEREFORE, Defendant, State Farm Fire and Casualty Company, prays that Plaintiffs take nothing by way of their Amended Complaint, for costs of this action, and for all other relief proper in the premises.

s/Lewis S. Wooton
Lewis S. Wooton, #26650-49
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-3199
Telephone: (317) 237-0500
Facsimile: (317) 630-2790
E-Mail: lwooton@lewiswagner.com

## AFFIRMATIVE DEFENSES

Comes now Defendant, State Farm Fire and Casualty Company, by counsel, and for its Affirmative Defenses, states as follows:

1. Plaintiffs' claim is barred or limited by the conditions, exclusions, and limitations in the relevant policy.

WHEREFORE, Defendant, State Farm Fire and Casualty Company, prays that Plaintiffs take nothing by way of their Amended Complaint, for costs of this action, and for all other relief proper in the premises.

                                        s/Lewis S. Wooton  
                                        Lewis S. Wooton, #26650-49  
                                        LEWIS WAGNER, LLP  
                                        501 Indiana Avenue, Suite 200  
                                        Indianapolis, IN  46202-3199  
                                        Telephone:  (317) 237-0500  
                                        Facsimile:    (317) 630-2790  
                                        E-Mail: lwooton@lewiswagner.com

## **JURY DEMAND**

      Comes now Defendant, State Farm Fire and Casualty Company, by counsel, and respectfully requests that the above matter be tried by a jury.

                                        s/Lewis S. Wooton  
                                        Lewis S. Wooton, #26650-49  
                                        LEWIS WAGNER, LLP  
                                        501 Indiana Avenue, Suite 200  
                                        Indianapolis, IN  46202-3199  
                                        Telephone:  (317) 237-0500  
                                        Facsimile:    (317) 630-2790  
                                        E-Mail: lwooton@lewiswagner.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2014, a copy of the foregoing Answer, Affirmative Defenses, and Jury Demand to Plaintiffs' Amended Complaint was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Michael Schultz  
PARR RICHEY OBREMSKEY FRANDSEN  
& PATTERSON LLP  
201 North Illinois Street, Suite 300  
Indianapolis, IN  46204  
mschultz@parrlaw.com

                <u>s/Lewis S. Wooton</u>
                LEWIS S. WOOTON

Lewis S. Wooton, #26650-49
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-3199
Telephone:  (317) 237-0500
Facsimile:    (317) 630-2790
E-Mail: lwooton@lewiswagner.com

Q:\18294\0021\Answer_federal court.doc